**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02608-CMA-KMT

PAULA FLEMING,

      Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

      This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 26), signed by the attorneys for the parties involved.  The Court being fully informed in the premises, it is hereby

      ORDERED that this action and all claims therein are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

      DATED:  April   25  , 2012

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Court Judge