**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02608-CMA-KMT

PAULA FLEMING,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 26), signed by the attorneys for the parties involved. The Court being fully informed in the premises, it is hereby

ORDERED that this action and all claims therein are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: April  25 , 2012

                                            BY THE COURT:

                                            */s/ Christine M. Arguello*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge